FILED

MAY - 6 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KENT PAUL, JAHAEEL HARDY, MARCUS ARNOLD and CARLOS BARFIELD,<br><br>Plaintiffs,<br><br>vs.<br><br>ASBURY AUTOMOTIVE GROUP, LLC, a Delaware corporation doing business as Thomason Auto Group, doing business as Thomason Toyota,<br><br>Defendant. | Civil Case No. 06-1603-KI |

KING, Judge:

    Pursuant to the stipulation of the parties, it is ORDERED and ADJUDGED that this case

PAGE 1 - JUDGMENT

is hereby dismissed as to all plaintiffs with prejudice and without costs to any party.

Dated this _____ 6th _____ day of May, 2009.

                                         /s/ Garr M. King
                                         Garr M. King
                                         United States District Judge